UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

US Department of Labor ,et al.

v.                                    Civil No. 06-cv-146-PB

Fine Line Drywall. et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated November 27, 2006, no objection having been filed.

SO ORDERED.

February 1, 2007                     /s/ Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge

cc:    Counsel of Record